IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACE WILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-02468-M-BT |
| | § | |
| VILLA PIANA CORPORATION and RICHDALE MANAGEMENT INC., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 28, 2023. (ECF No. 32). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, Defendants' first Motion to Dismiss (ECF No. 23) is hereby DENIED, Defendants' second Motion to Dismiss (ECF No. 30) is hereby GRANTED, and Plaintiff's Amended Complaint (ECF. No. 27) is DISMISSED without leave to amend.

**SO ORDERED,** this 25th day of September, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE